

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00501-CV

**IN THE INTEREST OF M.M.C.D-E.**, a Child

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-PA-01118
Honorable David A. Canales, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's order is AFFIRMED. Appellate counsel's motion to withdraw is DENIED. Appellant is unable to afford payment of court costs; no costs are taxed in this appeal.

SIGNED December 27, 2019.

_____
Patricia O. Alvarez, Justice